```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
TRUSTEES OF THE MASON TENDERS DISTRICT                            :
COUNCIL WELFARE FUND, PENSION FUND,                               :
ANNUITY FUND AND TRAINING PROGRAM FUND                            :    22-CV-4062 (JMF)
et al.,                                                           :
                                                                  :             ORDER
                              Petitioners,                        :
                                                                  :
            -v-                                                   :
                                                                  :
                                                                  :
RC GROUP INC.,                                                    :
                                                                  :
                              Respondent.                         :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On May 19, 2022, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **May 31, 2022**. Respondent's opposition, if any, is due on **June 14, 2022**. Petitioners' reply, if any, is due **June 21, 2022**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than **May 31, 2022** and shall file an affidavit of such service with the court no later than **June 1, 2022**.

SO ORDERED.

Dated: May 19, 2022
       New York, New York                             _____
                                                            JESSE M. FURMAN
                                                            United States District Judge